

FILED

2012 FEB 23 AM 11: 14

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| | ) | |
| Plaintiff, | ) | **3 : 1 2 CR 091** |
| | ) | Cr. No._____ |
| vs. | ) | Title 29, |
| | ) | United States Code, |
| LAURA L. DIXON, | ) | Section 501(c) |
| | ) | |
| Defendant. | ) | **JUDGE ZOUHARY** |

**MAG. JUDGE ARMSTRONG**

The United States Attorney charges:

From in or about January, 2005, to in or about March, 2010, in the Northern District of

Ohio, Western Division, defendant LAURA L. DIXON while employed as an office secretary by

the Ohio and Vicinity Regional Counsel of Carpenters, a labor organization engaged in an

industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and

convert to her own use the moneys, funds, securities, property, and other assets of said labor

organization by failing to deposit dues payments made by its members, such embezzlement

totaling between approximately $70,000 and $170,216; all in violation of Title 29, United States

Code, Section 501(c).



STEVEN M. DETTELBACH
UNITED STATES ATTORNEY


By: _____
DAVID O. BAUER
Attorney in Charge, Criminal Division
Toledo Branch Office

2